■ In the Matter of SHAWN M., an Infant. — Order unanimously affirmed, without costs, for the reasons stated in the decision order of Family Court, Onondaga County, Bersani, J. We add only that Family Court's findings of fact are supported in the record by clear and convincing evidence (cf. *Santosky v Kramer,* __ US __, 50 USLW 4333; *Matter of Snyder,* 88 AD2d 772). (Appeal from order of Onondaga County Family Court, Bersani, J. — adoption.) Present — Dillon, P. J., Simons, Doerr, Moule and Schnepp, JJ.